IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAM JAGHAMA | CRIMINAL NO. 23-157-02 |

## ORDER

**AND NOW**, this 28th day of November 2023, upon consideration of Defendant Isaam Jaghama's Motion for Joinder of Pretrial Motions, and Defendant Jaghama's Motion to Sever the Trials of Khalil and Jaghama and the government's response thereto, it is hereby **ORDERED** that:

1. Defendant Jaghama's Motion for Joinder of Pretrial Motions [Doc. No. 76 at 10], which the government does not oppose, is **GRANTED** as follows:

    a. The Court deems Jaghama as having jointly filed Defendant Khalil's Motion to Dismiss Counts One and Two of the Indictment [Doc. No. 38]; and

    b. The Court will provide Jaghama an opportunity to review any co-defendant's future pretrial motions or replies to the government in support of such pretrial motions, and if Jaghama does not object, the Court will deem Jaghama as having jointly filed them.

2. Defendant Jaghama's Motion to Sever the Trials of Khalil and Jaghama [Doc. No. 76 at 6] is **DENIED** for the reasons stated in the accompanying Memorandum Opinion.

3. With all pretrial motions in Jaghama's consolidated filing at Doc. No. 76 having been ruled upon, the Clerk of Court is directed to **TERMINATE** Jaghama's Pretrial Motions and Memorandum of Law [Doc. No. 76].

4. It is so **ORDERED**.

**BY THE COURT:**

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**