IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :  CRIMINAL ACTION
       v.  :
           :  No. 23-157-2

ISAAM JAGHAMA/54897-510
PHILADELPHIA FEDERAL DETENTION CENTER
FDC-PHILADELPHIA
P.O. BOX 562
PHILADELPHIA, PA 19106

## NOTICE OF TRIAL

Take notice that the defendant is scheduled for Trial on <u>June 10, 2024</u> at <u>9:30am</u> before the **Honorable Cynthia M. Rufe** in **Courtroom 12A** of the United States District Court, 601 Market Street, Philadelphia, PA 19106.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☐ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

X **Interpreter:** An **Arabic** interpreter will be required for the defendant.

Trial rescheduled from: January 22, 2024

For additional information, please contact the undersigned.

By:        Erica Pratt, Courtroom Deputy to J. Cynthia M. Rufe
           Phone: 267-299-7499

Date:       January 10, 2024

cc via U.S. Mail:    Defendant
cc via email:       M. Huff, Esq.
                     A.  Reinitz, AUSA
                     M. Miller, AUSA
                     U.S. Marshal
                     Court Security
                     Probation Office
                     Pretrial Services
                     Interpreter Coordinator

crnotice (July 2021)